**M E M O R A N D U M**

FILED
SCRANTON
NOV 1 4 2008
PER _____
DEPUTY CLERK

**TO:** ALL COUNSEL

**FROM:** HON. EDWIN M. KOSIK

**RE:** COMERICA BANK v. STATE PETROLEUM DISTRIBUTORS, INC., et al., No. 08-CV-678

**DATE:** NOVEMBER 14, 2008

---

I am not exactly sure where we are going in this case. At a management conference in August there was discussion about the need for discovery before addressing a summary judgment motion. To facilitate this we dismissed the summary judgment motion (to avoid accounting for any delays in disposition) and provided for the necessary discovery over a thirty day period. If necessary, the motion could be renewed.

While he have heard nothing on the former, we do have the renewed motion for appointment of a receiver and for an injunction. We seem to have all we need to address this motion.

Barring any question of a genuine issue of material fact the summary judgment motion can at least address Counts I, II and III of the Comerica Complaint. If there is a factual impediment, we could move to trial on the respective counts.

If the renewed motion for a receiver is granted, we will be confronted with the task of naming a receiver and stating the individuals appropriate authority. If the renewal motion is denied, we will turn to the summary judgment, if renewed, and/or the trial on the three

counts alluded to earlier.

      You have the benefit of my assessment.  Please feel free to give me yours.

EMK/rd